GAETANO LONGO, PLAINTIFF-PETITIONER, v. WILLIAM REILLY, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 35 *N. J. Super.* 405.

*Messrs. McAllister & Hunter* and *Mr. Ernest M. Curtis* for the petitioner.

*Messrs. Lloyd, Horn, Megargee & Steedle* for the respondents.

September 16, 1957.  Denied.

GAETANO LONGO, PLAINTIFF-RESPONDENT, v. WILLIAM REILLY, *ET AL.*, DEFENDANTS, IRVING GOULD, DEFENDANT-PETITIONER.

See same case below: 35 *N. J. Super.* 405.

*Messrs. Lloyd, Horn, Megargee & Steedle* for the petitioner.

*Messrs. McAllister & Hunter* and *Mr. Ernest M. Curtis* for the respondent.

September 16, 1957.  Denied.